# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE: <br> Kayetta D. Robinson <br><br>                  Debtors | Chapter 13 <br><br> Case No. 18-18378-MDC |

### DEBTOR'S RESPONSE TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

      Debtor-Respondent, Kayetta D. Robinson, (hereafter "Debtor") responds to the Motion of U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X (hereinafter the "U.S. Bank") for Relief from the Automatic Stay, as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Admitted.

8. Admitted.

9. Denied.

10. Denied.  U.S. Bank may contact Debtor's attorney if it wishes to offer a forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement on this loan.

11. Denied.

12. By the hearing date, the Debtor's attorney will be holding $5,000.00 in certified funds.

WHEREFORE, Debtor respectfully request an Order denying U.S. Bank's Motion.

Dated: February 16, 2021         BY:    /s/ Christopher G. Cassie, Esq.
                                        CHRISTOPHER G. CASSIE, ESQUIRE
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, 14th Floor
                                        Philadelphia, Pennsylvania 19102
                                        215-732-0101
                                        215-732-7790 (fax)
                                        ccassie@spearwilderman.com
                                        Attorney for Debtors