## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KAYETTA D. ROBINSON**

                                    **Chapter 13**

**Debtor**                               **Case No. 18-15788**

---

### WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                                   BY: /s/ Christopher G. Cassie
                                         CHRISTOPHER G. CASSIE, ESQUIRE
                                         SPEAR WILDERMAN, P.C.
                                         230 S. Broad Street, Ste. 1400
                                         Philadelphia, PA 19102
                                         (215) 732-0101
                                         (215) 732-7790
                                         ccassie@spearwilderman.com

      Kindly enter my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                                   BY:/s/ Vladislav Kachka
                                           VLADISLAV KACHKA
                                           SPEAR WILDERMAN, P.C.
                                           230 S. Broad Street, Ste. 1400
                                           Philadelphia, PA 19102
                                           (215) 732-0101
                                           (215) 732-7790
                                           vkachka@spearwilderman. com