# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KAYETTA D. ROBINSON**

          **Chapter 13**

**Debtor**          **Case No. 18-15788**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

          BY: /s/ Christopher G. Cassie
            CHRISTOPHER G. CASSIE, ESQUIRE
            SPEAR WILDERMAN, P.C.
            230 S. Broad Street, Ste. 1400
            Philadelphia, PA 19102
            (215) 732-0101
            (215) 732-7790
            ccassie@spearwilderman.com

    Kindly enter my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

          BY:/s/ Vladislav Kachka
            VLADISLAV KACHKA
            SPEAR WILDERMAN, P.C.
            230 S. Broad Street, Ste. 1400
            Philadelphia, PA 19102
            (215) 732-0101
            (215) 732-7790
            vkachka@spearwilderman. com