## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KAYETTA D. ROBINSON**

                **Chapter 13**

**Debtor**                   **Case No. 18-15788**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

                                    BY: /s/ Vladislav Kachka
                                          VLADISLAV KACHKA, ESQUIRE
                                          SPEAR WILDERMAN, P.C.
                                          230 S. Broad Street, Ste. 1400
                                          Philadelphia, PA  19102
                                          (215) 732-0101
                                          (215) 732-7790
                                          vkachka@spearwilderman.com

    Kindly enter my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

                                            BY:/s/ Ashley M. Sullivan
                                            AHLEY M. SULLIVAN, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            asullivan@spearwilderman. com