# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KAYETTA ROBINSON**

                               **Chapter 13**

**Debtor**                              **Case No. 18-18378**

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

      Kindly enter my appearance on behalf of Kayetta Robinson in the above referenced Chapter 13 case.

                                                BY: /s/  Vladislav Kachka
                                                     VLADISLAV KACHKA, ESQUIRE
                                                     SPEAR WILDERMAN, P.C.
                                                     230 S. Broad Street, Ste. 1400
                                                     Philadelphia, PA  19102
                                                     (215) 732-0101
                                                     (215) 732-7790
                                                     vkachka@spearwilderman.com

      Kindly withdraw my appearance on behalf of Kayetta Robinson in the above referenced Chapter 13 case.

                                                  BY:/s/ Ashley M. Sullivan
                                                     ASHLEY M. SULLIVAN, ESQUIRE
                                                     SPEAR WILDERMAN, P.C.
                                                     230 S. Broad Street, Ste. 1400
                                                     Philadelphia, PA  19102
                                                     (215) 732-0101
                                                     (215) 732-7790
                                                     asullivan@spearwilderman. com