# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18378-MDC

KAYETTA D ROBINSON

80 WEST SPENCER STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  KAYETTA D ROBINSON

  80 WEST SPENCER STREET

  PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

  VLADISLAV KACHKA
  230 SOUTH BROAD ST., STE. 1400

  PHILADELPHIA, PA 19102-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee