# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KAYETTA D. ROBINSON**

                                          **Chapter 13**

**Debtor**                                  **Case No. 18-18378**

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

                                          BY: /s/ Vladislav Kachka
                                              VLADISLAV KACHKA, ESQUIRE
                                              SPEAR WILDERMAN, P.C.
                                              230 S. Broad Street, Ste. 1400
                                              Philadelphia, PA  19102
                                              (215) 732-0101
                                              (215) 732-7790
                                              vkachka@spearwilderman.com

      Kindly enter my appearance on behalf of Kayetta D. Robinson in the above referenced Chapter 13 case.

                                          BY:/s/ Akeem J. Parsons
                                              AKEEM J. PARSONS, ESQUIRE
                                              SPEAR WILDERMAN, P.C.
                                              230 S. Broad Street, Ste. 1400
                                              Philadelphia, PA  19102
                                              (215) 732-0101
                                              (215) 732-7790
                                              aparsons@spearwilderman. com