United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18378-mdc |
| Kayetta D. Robinson | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2023 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14278119 | Email/Text: mtgbk@shellpointmtg.com | Feb 02 2023 23:49:00 | U.S. Bk NA, as Trustee of NRZ Pass-Through Trust X, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Feb 04, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Kayetta D. Robinson akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely a Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2023 | Form ID: trc | Total Noticed: 1 |

WILLIAM EDWARD CRAIG
      on behalf of Creditor Gateway One Lending & Finance  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-18378-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Kayetta D. Robinson
80 West Spencer Street
Philadelphia PA 19120

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/02/2023.

Name and Address of Alleged Transferor(s):

Claim No. 7: U.S. Bk NA, as Trustee of NRZ Pass-Through Trust X, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

Goldman Sachs Mortgage Company
NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/04/23

Tim McGrath
**CLERK OF THE COURT**