# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18378-MDC

KAYETTA D ROBINSON

80 WEST SPENCER STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KAYETTA D ROBINSON

    80 WEST SPENCER STREET

    PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    SPEAR WILDERMAN, P.C.
    230 SOUTH BROAD STREET
    STE # 1400
    PHILADELPHIA,, PA 19102-

                                       /S/ Kenneth E. West

Date: 4/5/2023                             _____

                                           Kenneth E. West, Esquire
                                           Chapter 13 Standing Trustee