United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-18378-mdc
Kayetta D. Robinson | Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Jul 13, 2023　　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##　　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayetta D. Robinson, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249449 | + | Gateway One Lending & Finance, 160 N. Riverview Dr., Suite 100, Anaheim, CA 92808-2293 |
| 14287296 | + | Gateway One Lending & Finance LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14249450 | + | Nefertiti Stallworth, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249451 | | Pennsylvania Department of Labor, Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14505161 | + | U.S. Bank National Association, not in its individ, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14249453 | | Wells Fargo Home Mortgage, P.O. Box 14591, Des Moines, IA 50306-3591 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2023 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2023 00:25:56 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14277429 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14321428 | | Email/Text: megan.harper@phila.gov | Jul 14 2023 00:20:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14275909 | | Email/PDF: bncnotices@becket-lee.com | Jul 14 2023 00:44:48 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14249448 | | Email/Text: bknotices@fbcs-inc.com | Jul 14 2023 00:20:00 | FBCS, Inc., 330 S. Warminster Road, suite 353, Hatboro, PA 19040 |
| 14753437 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2023 00:20:00 | Goldman Sachs Mortgage Company, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14278207 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 14 2023 00:20:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14249452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2023 00:25:50 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14281313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 14 2023 00:25:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14250171 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2023 00:25:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263879 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2023 00:25:46 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278119 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2023 00:20:00 | U.S. Bk NA, as Trustee of NRZ Pass-Through Trust X, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 14250793 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jul 14 2023 00:25:54 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GOLDMAN SACHS MORTGAGE COMPANY |
| cr | *+ | Gateway One Lending & Finance, LLC, 160 N. Riverview Dr., Suite 100, Anaheim, CA 92808-2293 |
| 14260625 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Kayetta D. Robinson akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely a Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY cwohlrab@ecf.courtdrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 13, 2023 | Form ID: pdf900 | Total Noticed: 22

WILLIAM EDWARD CRAIG
                      on behalf of Creditor Gateway One Lending & Finance  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 7

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chapter 13
KAYETTA D ROBINSON

Debtor  Bankruptcy No. 18-18378-MDC

# ORDER

**AND NOW**, this ____13th____ day of ____July____, 202_3_ upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Magdeline D. Coleman
Chief Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

Debtor:
KAYETTA D ROBINSON

80 WEST SPENCER STREET

PHILADELPHIA, PA 19120