# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kayetta D. Robinson           :   Chapter 13
                                      :
                                      :   Bankruptcy No. 18-18378-mdc
         Debtor                       :


Debtor Kayetta D. Robinson has filed this Motion to Reinstate Chapter 13 Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  ( If you do not have an attorney, you may wish to consult an attorney.)**

1.   If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before **August 17, 2023,** you or your attorney must do all of the following:

   (a)   file an answer explaining your position at

   Office of the Clerk of Court
   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's office for filing , you must  mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the movant's attorney:

   Akeem J. Parsons, Esquire
   Spear Wilderman, P.C.
   Suite 1400, 230 S. Broad Street
   Philadelphia, PA 19102
   Phone: 215-732-0101 x 123
   Fax:    215-732-7790

      2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      3.      A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman**, August 24, 2023 at 11:00a .m. in Courtroom 2**, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.

      4.      If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Date: July 28, 2023

G:\Q - S\Robinson, Kayetta\BA 2018\Motion to Reinstate\Notice of Motion, Response Deadline and Hearing- Motion to Reinstate. 7.25.23 wpd.wpd

-2-