**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Kayetta D. Robinson | : | |
| | : | Case No. 18-18378-mdc |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE**

I, Kim Y. Brand, Bankruptcy Legal Assistant at Spear Wilderman, P.C., hereby certify that the **Debtor's Motion to Reinstate Chapter 13 Case** was served on July 31, 2023, by First Class U.S. Mail to the follow parties:

/s/ Kim Y. Brand
Kim Y. Brand, Legal Assistant
SPEAR WILDERMAN, P.C.
Suite 1400, 230 S. Broad Street
Philadelphia, PA 19102
215-732-0101 (telephone)

Date: July 31, 2023

**Chapter 13 Standing Trustee**
Kenneth E. West,  Chapter 13 Standing Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia. PA 19107


**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building, Suite 320
Philadelphia, PA 19107


**Creditors**
U.S. Department of Housing and Urban Development
451 7th Street S.W.
Washington, DC 20410

U.S. Department of Housing & Urban Development
Attn: Office of Regional Counsel
The Wanamaker Building
100 Penn Square East-11th Floor
Philadelphia, PA 19107-3325

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

City of Philadelphia Law Department
Municipal Services Building
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102


Gateway One Lending & Finance, LLC
175 M/ Riverview Drive
Anaheim, CA 92808

Gateway One Lending & Finance, LLC
c/o William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057-3124

Pinnacle Credit Services , LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Ashley Funding Services, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Goldman Sachs Mortgage Company
NewRez LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603

Midland Funding LLC
P.O. Box 2011
Warren, MI 48090

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102

Pennsylvania Department of Labor
Office of UC Benefits, Claimant Services
P.O. Box 67503
Harrisburg, PA 17106


Wells Fargo Home Mortgage
PO Box 14591
Des Moines, IA 50306-3591

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

FBCS Inc. BKNotices
Attn: Complaisance Dept.
330 S. Warminister Road
Suite 353
Hatboro, PA 19040-3433

U.S. Bank National Association,
c/o Rebecca Ann Solarz, Esq.
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Nefertiti Stallworth
80 West Spencer Street
Philadelphia, PA 19120-1916

Orion (Verizon)
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541-1021