UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Kayetta D. Robinson  :  Case No: 18-18378-mdc
: 
: 
: 
:  Chapter 13
: 

### CERTIFICATION OF NO RESPONSE

I, Akeem J. Parsons, Esquire, hereby certify that as of August 23, 2023, I have received no response for the **Motion to Reinstate Chapter 13 Case** filed on behalf of the Debtor on July 28, 2023 served on July 31, 2023.

/s/ Akeem J. Parsons
AKEEM J. PARSON, ESQUIRE
SPEAR WILDERMAN, P.C.
Suite 1400, 230 S. Broad Street
Philadelphia, PA 19102
215-732-0101 (telephone)
215-732-7790 ( fax)

Date: August 23, 2023