**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Kayetta D. Robinson | : | Chapter 13 |
| | : | |
| | : | Case No. 18-18378-mdc |
| | : | |
| Debtor | : | |
| | : | |

**ORDER**

**AND NOW**, this 24th day of August 2023, the Court having considered the Debtor's Motion to Reinstate Chapter 13 Case, and for good cause shown, it is hereby Ordered that Debtor's Motion to Reinstate Chapter 13 Case is granted.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge