United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-18378-mdc

Kayetta D. Robinson  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Aug 24, 2023 Form ID: pdf900 Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayetta D. Robinson, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249449 | + | Gateway One Lending & Finance, 160 N. Riverview Dr., Suite 100, Anaheim, CA 92808-2293 |
| 14287296 | + | Gateway One Lending & Finance LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14249450 | + | Nefertiti Stallworth, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249451 | | Pennsylvania Department of Labor, Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14505161 | + | U.S. Bank National Association, not in its individ, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14249453 | | Wells Fargo Home Mortgage, P.O. Box 14591, Des Moines, IA 50306-3591 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 24 2023 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2023 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 23:52:24 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14277429 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 23:51:56 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14321428 | | Email/Text: megan.harper@phila.gov | Aug 24 2023 23:54:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14275909 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2023 00:06:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14249448 | | Email/Text: bknotices@fbcs-inc.com | Aug 24 2023 23:41:00 | FBCS, Inc., 330 S. Warminster Road, suite 353, Hatboro, PA 19040 |
| 14753437 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 24 2023 23:41:00 | Goldman Sachs Mortgage Company, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14278207 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 23:54:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14249452 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2023 23:52:44 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14281313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 18-18378-mdc  Doc 77  Filed 08/26/23  Entered 08/27/23 00:26:46  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 22 |

|  |  |  | Aug 24 2023 23:52:47 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
|---|---|---|---|---|
| 14250171 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 23:52:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263879 |  | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 23:52:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278119 |  | Email/Text: mtgbk@shellpointmtg.com | Aug 24 2023 23:41:00 | U.S. Bk NA, as Trustee of NRZ Pass-Through Trust X, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 14250793 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 24 2023 23:52:47 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | GOLDMAN SACHS MORTGAGE COMPANY |
| cr | *+ | Gateway One Lending & Finance, LLC, 160 N. Riverview Dr., Suite 100, Anaheim, CA 92808-2293 |
| 14260625 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:

**Name**     **Email Address**

AKEEM J. PARSONS
on behalf of Debtor Kayetta D. Robinson akeemparsonsesq@gmail.com aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely a Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bkecf@friedmanvartolo.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 24, 2023 | Form ID: pdf900 | Total Noticed: 22

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Gateway One Lending & Finance LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Kayetta D. Robinson | : | Chapter 13 |
| | : | |
| | : | |
| | : | Case No.  18-18378-mdc |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, this 24th day of August 2023, the Court having considered the Debtor's Motion to Reinstate Chapter 13 Case, and for good cause shown, it is hereby Ordered that Debtor's Motion to Reinstate Chapter 13 Case is granted.

_____
Honorable Magdeline D. Coleman
United States Bankruptcy Judge