Certificate Number: 03621-PAE-DE-037769573

Bankruptcy Case Number: 18-18378



03621-PAE-DE-037769573

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2023, at 12:29 o'clock PM EDT, Kayetta D Robinson completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 16, 2023

By: /s/Kate Casique

Name: Kate Casique

Title: Credit Counselor