United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-18378-mdc

Kayetta D. Robinson     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 24, 2023     Form ID: 138OBJ     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayetta D. Robinson, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249449 | + | Gateway One Lending & Finance, 160 N. Riverview Dr., Suite 100, Anaheim, CA 92808-2293 |
| 14287296 | + | Gateway One Lending & Finance LLC, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301, Moorestown, NJ 08057-3124 |
| 14249450 | + | Nefertiti Stallworth, 80 West Spencer Street, Philadelphia, PA 19120-1916 |
| 14249451 | | Pennsylvania Department of Labor, Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14505161 | + | U.S. Bank National Association, not in its individ, C/O Rebecca Ann Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14249453 | | Wells Fargo Home Mortgage, P.O. Box 14591, Des Moines, IA 50306-3591 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 25 2023 02:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 25 2023 02:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14277429 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 02:13:37 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14321428 | Email/Text: megan.harper@phila.gov | Oct 25 2023 02:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14275909 | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 02:27:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14249448 | Email/Text: bknotices@fbcs-inc.com | Oct 25 2023 02:15:00 | FBCS, Inc., 330 S. Warminster Road, suite 353, Hatboro, PA 19040 |
| 14753437 | + Email/Text: mtgbk@shellpointmtg.com | Oct 25 2023 02:15:00 | Goldman Sachs Mortgage Company, NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14820329 | Email/Text: mtgbk@shellpointmtg.com | Oct 25 2023 02:15:00 | MCLP Asset Company, Inc., Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14278207 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2023 02:15:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14249452 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 25 2023 02:13:27 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14281313 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 25 2023 02:27:22 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14250171 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 25 2023 02:13:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14263879 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 02:13:09 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14278119 | | Email/Text: mtgbk@shellpointmtg.com | Oct 25 2023 02:15:00 | U.S. Bk NA, as Trustee of NRZ Pass-Through Trust X, c/o NewRez LLC dba Shellpoint Mtg Svc, PO Box 10826, Greenville, SC 29603-0826 |
| 14250793 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 25 2023 02:27:44 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14260625 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

**Name** | **Email Address**

AKEEM J. PARSONS
on behalf of Debtor Kayetta D. Robinson akeemparsonsesq@gmail.com aparsons@spearwilderman.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely a Trustee of NRZ Pass-Through Trust X bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bkecf@friedmanvartolo.com

JOSHUA I. GOLDMAN
on behalf of Creditor MCLP Asset Company  Inc. as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 24, 2023 | Form ID: 138OBJ | Total Noticed: 22

ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Gateway One Lending & Finance  LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kayetta D. Robinson
      Debtor(s)

Case No: 18−18378−mdc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/24/23

88 − 78
Form 138OBJ