**Fill in this information to identify the case:**

Debtor 1          Kayetta D. Robinson

Debtor 2

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :    18-18378-mdc

## Official Form 410S1

# Notice of Mortgage Payment Change   *Please see addendum on page 5 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not in its individual capacity but solely a Trustee of NRZ Pass-Through Trust X | Court claim no. (if known): | 7 |
| **Last 4 digits** of any number you use to identify the debtor's account: | 4344 | **Date of payment change:** Must be at least 21 days after date of this notice | 06/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $586.85 |

---

**Part 1:**  Escrow Account Payment Adjustment

**1.  Will there be a change in the debtor's escrow account payment?**

[ ] No

[X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: $64.67          New escrow payment: $210.09

---

**Part : 2**  Mortgage Payment Adjustment

**2.  Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

[X] No

[ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

Current interest rate:                         New interest rate:
Current Principal and interest payment:       New principal and interest payment:

---

**Part 3:**  Other Payment Change

**3.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
Reason for change:

Current mortgage payment:                     New mortgage payment:

---

Debtor 1  <u>Kayetta D. Robinson</u>
    First Name          Middle Name        Last Name

Case number (if known)    <u>18-18378-mdc</u>

## Part 4:  Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ]  I am the creditor.

[X]  I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Julian Cotton</u>                  Date  <u>05/02/2020</u>
Signature

Print:        <u>Julian Cotton</u>               Title  <u>Authorized Agent for Creditor</u>

Company     <u>Padgett Law Group</u>

Address      <u>6267 Old Water Oak Road, Suite 203</u>

               <u>Tallahassee FL, 32312</u>

Contact phone   <u>(850) 422-2520</u>        Email     <u>PLGinquiries@padgettlawgroup.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties

on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___04th___ day of

May, 2020.


/S/ Julian Cotton

_____

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 18-18378-mdc)

Debtor
Kayetta D. Robinson
80 West Spencer Street
Philadelphia, PA 19120

Attorney
CHRISTOPHER G. CASSIE
Spear Wilderman, P.C.
230 South Broad Street
Suite 1400
Philadelphia, PA 19102

Trustee
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

## Amended Addendum

*Per the attached documentation, the new payments were effective 01/01/2019 and 01/01/2020. Creditor has conducted a full audit of the payment change history and identified the instance(s) where a notice was not filed timely under rule 3002.1. Therefore, Creditor has provided a credit of 1892.06 to the loan to give Debtor(s) the benefit of any lower payment amount. This is calculated by a credit in the amount of 97.08 for 12 months for the 01/01/2019 payment and $145.42 for _5 months for the 01/012020 payment.This credit represents the total of the increases in the monthly payments that were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 and will compensate the Debtor for the previously unfiled notice(s).

# Shellpoint
## Mortgage Servicing

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries: (800) 365-7107

Analysis Date:                                      November 07, 2019

Loan:    ███████

KAYETTA ROBINSON
NEFERTITI STALLWORTH
80 W SPENCER ST
PHILADELPHIA PA  19120

Property Address:
80 W SPENCER ST
PHILADELPHIA, PA  19120

### Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jan 01, 2020 |
|---|---|---|
| P & I Pmt: | $376.76 | $376.76 |
| Escrow Pmt: | $0.01 | $210.09 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment: | $376.77 | $586.85 |

| Prior Esc Pmt | January 01, 2019 |
|---|---|
| P & I Pmt: | $376.76 |
| Escrow Pmt: | $161.75 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment: | $538.51 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | January 01, 2018 |
| Escrow Balance: | ($3,605.87) |
| Anticipated Pmts to Escrow: | $1,941.05 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | ($1,664.82) |

| Shortage/Overage Information | Effective Jan 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $2,521.05 |
| Required Cushion | $420.18 |
| Required Starting Balance | $2,521.05 |
| Escrow Shortage | ($4,185.87) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 420.18. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn after an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 420.18 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2019 to Dec 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,941.06 | (1,211.59) |
| Jan 2019 | 161.75 | | | | * | | 2,102.81 | (1,211.59) |
| Feb 2019 | 161.75 | | 1,165.00 | 1,129.00 | * | Hazard | 1,099.56 | (2,340.59) |
| Feb 2019 | | | 776.05 | 776.05 | * | City Tax | 323.51 | (3,116.64) |
| Feb 2019 | | | | 36.00 | * | Hazard | 323.51 | (3,152.64) |
| Mar 2019 | 161.75 | | | | * | | 485.26 | (3,152.64) |
| Mar 2019 | | 148.81 | | | * | Escrow Only Payment | 485.26 | (3,003.83) |
| Apr 2019 | 161.75 | | | | * | | 647.01 | (3,003.83) |
| Apr 2019 | | | | 580.00 | * | Hazard | 647.01 | (3,583.83) |
| Apr 2019 | | | | 152.95 | * | Escrow Disbursement | 647.01 | (3,736.78) |
| May 2019 | 161.75 | | | | * | | 808.76 | (3,736.78) |
| Jun 2019 | 161.75 | | | | * | | 970.51 | (3,736.78) |
| Jul 2019 | 161.75 | | | | * | | 1,132.26 | (3,736.78) |
| Aug 2019 | 161.75 | | | | * | | 1,294.01 | (3,736.78) |
| Sep 2019 | 161.75 | | | | * | | 1,455.76 | (3,736.78) |
| Oct 2019 | 161.75 | | | | * | | 1,617.51 | (3,736.78) |
| Oct 2019 | | 130.91 | | | * | Escrow Only Payment | 1,617.51 | (3,605.87) |
| Nov 2019 | 161.75 | | | | * | | 1,779.26 | (3,605.87) |
| Dec 2019 | 161.75 | | | | * | | 1,941.01 | (3,605.87) |
| | | | | | | Anticipated Transactions | 1,941.01 | (3,605.87) |
| Nov 2019 | | 1,779.30 P | | | | | | (1,826.57) |
| Dec 2019 | | 161.75 P | | | | | | (1,664.82) |
| | $1,941.00 | $2,220.77 | $1,941.05 | $2,674.00 | | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.**

**P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.**

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

| | |
|---|---|
| Analysis Date: | November 07, 2019 |
| Loan: | ███████ |

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|------|-----------|-------------|-------------|-------------|----------|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | ($1,664.82) | 2,521.05 |
| Jan 2020 | 210.09 | | | ($1,454.73) | 2,731.14 |
| Feb 2020 | 210.09 | 1,745.00 | Hazard | ($2,989.64) | 1,196.23 |
| Feb 2020 | | 776.05 | City Tax | ($3,765.69) | 420.18 |
| Mar 2020 | 210.09 | | | ($3,555.60) | 630.27 |
| Apr 2020 | 210.09 | | | ($3,345.51) | 840.36 |
| May 2020 | 210.09 | | | ($3,135.42) | 1,050.45 |
| Jun 2020 | 210.09 | | | ($2,925.33) | 1,260.54 |
| Jul 2020 | 210.09 | | | ($2,715.24) | 1,470.63 |
| Aug 2020 | 210.09 | | | ($2,505.15) | 1,680.72 |
| Sep 2020 | 210.09 | | | ($2,295.06) | 1,890.81 |
| Oct 2020 | 210.09 | | | ($2,084.97) | 2,100.90 |
| Nov 2020 | 210.09 | | | ($1,874.88) | 2,310.99 |
| Dec 2020 | 210.09 | | | ($1,664.79) | 2,521.08 |
| | $2,521.08 | $2,521.05 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($1,664.82).  Your starting
balance (escrow balance required) according to this analysis should be $2,521.05.  This means you have a shortage of $4,185.87.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.
We anticipate the total of your coming year bills to be 2,521.05.  We divide that amount by the number of payments expected during the coming year to
obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $210.09 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $210.09 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS
NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**