**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Kayetta D. Robinson |
| **Debtor 2** (Spouse, if filing) | |
| United States Bankruptcy Court for the : Eastern | District of Pennsylvania (State) |
| **Case number** | 18-18378-MDC |

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Pass-Through Trust X | **Court claim no.** (if known): | 7 |
| **Last four digits** of any number you use to identify the debtor's account: | XXXXXX4344 | **Date of payment change:** Must be at least 21 days after date of this notice | 2/1/2021 |
| | | **New total payment:** Principal, interest, and escrow, if any | $619.74 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

   | | | | |
   |---|---|---|---|
   | Current escrow payment: | $ 210.09 | New escrow payment : | $ 242.98 |

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   | | | | |
   |---|---|---|---|
   | Current interest rate: | % | New interest rate: | % |
   | Current principal and interest payment: | $ _____ | New principal and interest payment: | $ _____ |

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   | | | | |
   |---|---|---|---|
   | Current mortgage payment: | $ _____ | New mortgage payment: | $ _____ |

| Debtor 1 | **Kayetta D. Robinson** | Case number *(if known)* 18-18378-MDC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Heather D. Bock           Date   12/31/2020
       Signature

Print:   Heather        D.             Bock              Title   Authorized Agent for Creditor
         First Name     Middle Name    Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA              30076
          City                 State           ZIP Code

Contact phone   678-281-6444                             Email   Heather.Bock@mccalla.com

Official Form 410S1                 Notice of Mortgage Payment Change                            page 2

|  |  |
|---|---|
| In Re: | Bankruptcy Case No.: 18-18378-MDC |
| Kayetta D. Robinson | Chapter: 13 |
|  | Judge: Magdeline D. Coleman |

## CERTIFICATE OF SERVICE

I, Heather D. Bock, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Kayetta D. Robinson
80 West Spencer Street
Philadelphia, PA 19120

CHRISTOPHER G. CASSIE          *(served via ECF Notification)*
Spear Wilderman, P.C.
230 South Broad Street
Philadelphia, PA 19102

WILLIAM C. MILLER, Esq.          *(served via ECF Notification)*
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee          *(served via ECF Notification)*
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  1/5/2021          By:  */s/Heather D. Bock*
                (date)                    Heather D. Bock
                                          Authorized Agent for Creditor



Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

Final

| | |
|---|---|
| Analysis Date: | December 16, 2020 |
| Loan: | |

KAYETTA ROBINSON
NEFERTITI STALLWORTH
80 W SPENCER ST
PHILADELPHIA PA  19120

Property Address:
80 W SPENCER ST
PHILADELPHIA, PA  19120

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2021 |
|---|---|---|
| P & I Pmt: | $376.76 | $376.76 |
| Escrow Pmt: | $161.75 | $242.98 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $538.51 | $619.74 |

| Prior Esc Pmt | January 01, 2020 |
|---|---|
| P & I Pmt: | $376.76 |
| Escrow Pmt: | $210.09 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $586.85 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | November 01, 2019 |
| Escrow Balance: | -$808.16 |
| Anticipated Pmts to Escrow: | $3,054.67 |
| Anticipated Pmts from Escrow (-): | $0.00 |
| Anticipated Escrow Balance: | $2,246.51 |

| Shortage/Overage Information | Effective Feb 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $2,477.91 |
| Required Cushion | $412.99 |
| Required Starting Balance | $2,684.41 |
| Escrow Shortage | -$437.90 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 412.99. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 412.99 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Jan 2020 to Jan 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,521.05 | (3,500.60) |
| Jan 2020 | 210.09 | | | | * | 2,731.14 | (3,500.60) |
| Jan 2020 | | 161.75 | | | * Escrow Only Payment | 2,731.14 | (3,338.85) |
| Jan 2020 | | | | 1,670.00 | * Hazard | 2,731.14 | (5,008.85) |
| Jan 2020 | | | | 161.75 | * Escrow Only Payment | 2,731.14 | (5,170.60) |
| Feb 2020 | 210.09 | 161.75 | 1,745.00 | | * Hazard | 1,196.23 | (5,008.85) |
| Feb 2020 | | | 776.05 | 807.91 | * City Tax | 420.18 | (5,816.76) |
| Mar 2020 | 210.09 | | | | * | 630.27 | (5,816.76) |
| Apr 2020 | 210.09 | 647.00 | | | * | 840.36 | (5,169.76) |
| Apr 2020 | | 808.75 | | | * Escrow Only Payment | 840.36 | (4,361.01) |
| May 2020 | 210.09 | | | | * | 1,050.45 | (4,361.01) |
| Jun 2020 | 210.09 | 161.75 | | | * | 1,260.54 | (4,199.26) |
| Jul 2020 | 210.09 | 161.75 | | | * | 1,470.63 | (4,037.51) |
| Aug 2020 | 210.09 | 161.75 | | | * | 1,680.72 | (3,875.76) |
| Sep 2020 | 210.09 | 371.84 | | | * | 1,890.81 | (3,503.92) |
| Oct 2020 | 210.09 | | | | * | 2,100.90 | (3,503.92) |
| Nov 2020 | 210.09 | 161.75 | | | * | 2,310.99 | (3,342.17) |
| Nov 2020 | | 48.34 | | | * Escrow Only Payment | 2,310.99 | (3,293.83) |
| Nov 2020 | | 48.34 | | | * Escrow Only Payment | 2,310.99 | (3,245.49) |
| Nov 2020 | | | | 48.34 | * Escrow Only Payment | 2,310.99 | (3,293.83) |
| Dec 2020 | 210.09 | | | | * | 2,521.08 | (3,293.83) |
| | | | | | Anticipated Transactions | 2,521.08 | (3,293.83) |
| Jan 2021 | | 3,054.67 P | | | | | (239.16) |
| | $2,521.08 | $5,949.44 | $2,521.05 | $2,688.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing  Final
For Inquiries: (800) 365-7107

Analysis Date: December 16, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 2,246.51 | 2,684.41 |
| Feb 2021 | 206.49 | 1,670.00 | Hazard | 783.00 | 1,220.90 |
| Feb 2021 | | 807.91 | City Tax | (24.91) | 412.99 |
| Mar 2021 | 206.49 | | | 181.58 | 619.48 |
| Apr 2021 | 206.49 | | | 388.07 | 825.97 |
| May 2021 | 206.49 | | | 594.56 | 1,032.46 |
| Jun 2021 | 206.49 | | | 801.05 | 1,238.95 |
| Jul 2021 | 206.49 | | | 1,007.54 | 1,445.44 |
| Aug 2021 | 206.49 | | | 1,214.03 | 1,651.93 |
| Sep 2021 | 206.49 | | | 1,420.52 | 1,858.42 |
| Oct 2021 | 206.49 | | | 1,627.01 | 2,064.91 |
| Nov 2021 | 206.49 | | | 1,833.50 | 2,271.40 |
| Dec 2021 | 206.49 | | | 2,039.99 | 2,477.89 |
| Jan 2022 | 206.49 | | | 2,246.48 | 2,684.38 |
| | $2,477.88 | $2,477.91 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,246.51. Your starting balance (escrow balance required) according to this analysis should be $2,684.41. This means you have a shortage of 437.90. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months. We anticipate the total of your coming year bills to be 2,477.91. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $206.49 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $36.49 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $242.98 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $583.25 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826

---

✂ Detach Here


Shellpoint Mortgage Servicing
PO Box 10826

Greenville, SC 29603 0826
(800) 365-7107

**Escrow Shortage Reply** (This is not a bill)

Loan Number:
Full Shortage Amount: $437.90
Payment Amount: $ _____

Your escrow shortage has been spread over 12 months, resulting in an additional increase in your monthly payment in the amount of 36.49.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left